# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| IN RE BLACKBAUD, INC. CUSTOMER DATA SECURITY BREACH LITIGATION (MDL 2972) | MDL No. 3:20-mn-02972-JMC<br><br>This Document Relates to Case Nos.:<br>3:20-cv-04357-JMC<br>3:20-cv-04358-JMC |

## CONSENT ORDER STAYING DEADLINES

Upon consent of the parties, IT IS HEREBY ORDERED that all deadlines in the Central District of California matters set forth below (collectively the "California Matters"), which were transferred to this Court, are hereby stayed pending this Court conducting a Case Management Conference to establish a coordinated schedule for this Multidistrict Litigation as soon as practicable:

### Central District of California

- ESTES, ET AL. v. BLACKBAUD, INC., C.A. No. 3:20-cv-04357-JMC
- EISEN v. BLACKBAUD, INC., C.A. No. 3:20-cv-04358-JMC

s/J. Michelle Childs
Honorable J. Michelle Childs
United States District Judge

December 17, 2020
Columbia, South Carolina